McBRIDE v. McBRIDE

No. 419PA92

Case below: 108 N.C.App. 51

Upon consideration of the notice of appeal from the North Carolina Court of Appeals, filed by defendant in this matter pursuant to G.S. 7A-30, the following order was entered and is hereby certified to the North Carolina Court of Appeals: Retained by order

of the Court in conference, this 11th day of February 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 11 February 1993.